Lance C. Hamm, Lance C. Hamm, Attorney, Houston, TX, for Defendant-Appellant

Before JOLLY, OWEN, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Richard James White appeals his conditional guilty plea conviction of possession with intent to distribute 50 kilograms or more of marijuana for which he was sentenced to 18 months of imprisonment and three years of supervised release. He appeals the denial of his motion to suppress the marijuana discovered by law enforcement at an immigration checkpoint.

The district court did not err in denying White's motion to suppress. *See United*

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

*States v. Jaime*, 473 F.3d 178, 181 (5th Cir. 2006). White's detention in the primary inspection lane was within the permissible duration of an immigration checkpoint stop. *See United States v. Machuca-Barrera*, 261 F.3d 425, 431-35 (5th Cir. 2001). The dog's alerts provided probable cause for a warrantless search of the tractor-trailer's spare tire. *See United States v. Dovali-Avila*, 895 F.2d 206, 207-09 (5th Cir. 1990). Accordingly, we do not need to address White's alternative argument that the search of the spare tire exceeded the scope of his consent.

The judgment of the district court is AFFIRMED.

**LOUISIANA CLEANING SYSTEMS,
INCORPORATED, Plaintiff-
Appellant,**

v.

**Ollie S. TYLER, Individually & in her
official capacity on behalf of City of
Shreveport; David Duncan, Individually & in his official capacity; Brian
Crawford, Individually & in his official capacity; Dale Sibley; City of
Shreveport, Defendants-Appellees.**

**No. 16-31192
Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed November 13, 2017

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Glenn Charles McGovern, Esq., Law Office of Glenn C. McGovern, Metairie, LA, for Plaintiff-Appellant

Edwin H. Byrd, III, Pettiette, Armand, Dunkelman, Woodley, Byrd & Cromwell, L.L.P., Shreveport, LA, for Defendants-Appellees

Before SMITH, OWEN, and HIGGINSON, Circuit Judges.

PER CURIAM:*

In light of the City of Shreveport's recent amendment of Shreveport Municipal Ordinance § 42-277, this appeal is DISMISSED as moot. We REMAND this case to the district court for the Western District of Louisiana for further proceedings.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

